422 A.2d 691

Commonwealth v. Koble, Appellant.

Submitted December 8, 1978. Mark S. Sigmon, for appellant; John E. Gallagher, District Attorney, for Commonwealth, appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order affirmed.

HOFFMAN, J., filed a dissenting opinion.

422 A.2d 691

Commonwealth v. Martin, Appellant.

Submitted March 23, 1979. Covette Rooney, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.